**KELLER & GOGGIN, P.C.**
*ATTORNEYS AT LAW*
SUITE 900
1528 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 735-8780 • FAX (215) 735-5126
www.keller-goggin.com

WILLIAM L. KELLER *
ROBERT S. GOGGIN, III *
JAMES M. DUCKWORTH **
VOCI R. BENNETT ** °

210

TOLL FREE
1-800-666-FELA
*Admitted in PA
** Admitted in PA & NJ
° Admitted in NY

July 26, 2018

<u>Via ECF</u>
The Honorable Douglas E. Arpert
US District Court for the District
　of New Jersey
Clarkson S. Fisher Building
　& U.S. Courthouse
402 East State Street
Trenton, NJ 07101

　　　　　Re:　**Carl Peggs v. National Railroad Passenger Corp. (Amtrak)**
　　　　　　　**USDC – DNJ Civil Action NO.: 17-12766**

Your Honor:

　　Please be advised the Carl Peggs matter, scheduled for a telephone status conference on August 9, 2018 has been settled and therefore will no longer need to go forward.

　　If you have any questions or concerns in this regard please do not hesitate to contact our office.

　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　JAMES M. DUCKWORTH

JMD/pam

cc:　Richard K. Hohn, Esquire (Via ECF filing)
　　　Stephen S. Dougherty, Esquire (Via ECF filing)