HOHN & SCHEUERLE, LLC
BY:   RICHARD K. HOHN, ESQUIRE
RHOHN@DVERDICT.COM
Attorney I.D. #32528
BY:   STEPHEN S. DOUGHERTY, ESQUIRE
SDOUGHERTY@DVERDICT.COM
Attorney I.D. #312027
Suite 3242
1700 Market Street
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)
File #9500-260

Attorney for Defendant,
National Railroad Passenger Corp. (Amtrak)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CARL PEGGS<br>*Plaintiff,*<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>(AMTRAK)<br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br><br>No. 17-12766 |

### STIPULATION OF DISMISSAL

AND NOW, to wit, this _____ day of _____, 2018, it is hereby STIPULATED AND AGREED by and between the undersigned counsel that the above-captioned matter shall be dismissed with prejudice.

KELLER & GOGGIN, P.C.

By: _____
JAMES M. DUCKWORTH, ESQUIRE
Attorney for Plaintiff

HOHN & SCHEUERLE, LLC

By: _____
RICHARD K. HOHN, ESQUIRE
Attorney for Defendant

BY THE COURT:

_____
The Honorable Douglas E. Arpert, U.S.D.J.